E-FILED
Monday, 07 April, 2008  03:04:42 PM
Clerk, U.S. District Court, ILCD

IN The United States District Court
Central District of Illinois

Plaintiff, James Dolis
-vs-
Defendants, Loftus, Miller, Ameji, Later, Anglin, Taylor, Walker, Metszer, Wexford.

Case No. 08-2085

FILED
APR 07 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

This complaint is filed under the Civil Rights Act, Title 42 section 1983 U.S. Code (State Defendants)

I. Plaintiff: A. Name: James Dolis. B. Aliases: NONE.
C. Prison ID Number: R42411. D. Confined At: Danville C.C.
E. Address: 3820 E. Main Street, Danville, Il. 61834.

II Defendants
A. Defendant: Loftus. Title: Warden.
Place of Employment: Illinois Dept. of Corrections Danville.
B. Defendant: Anglin. Title: No. 2 Warden.
Place of Employment: Illinois Dept. of Corrections Danville.
C. Defendant: Miller. Title: Medical Director.
Place of Employment: Illinois Dept. of Corrections Danville.
D. Defendant: Ameji. Title: Doctor.
Place of Employment: Illinois Dept. of Corrections Danville.
E. Defendant: Walker. Title: Director of I.D.O.C.
Place of Employment: Illinois Dept. of Corrections.

1.

II. Defendants continued.

F. Defendant: Metszer. Title: counselor.
Place of Employment: Illinois Dept. of corrections Danville.

G. Defendant: Laker. Title: counselor.
Place of Employment: Illinois Dept. of corrections Danville.

H. Defendant: Taylor. Title: Grievance officer.
Place of Employment: Illinois Dept. of corrections Danville.

I. Defendant: Wexford. Title: Health care Provider.
Place of Employment: Illinois Dept. of corrections Danville.

III. Exhaustion of Administrative Remedies

A. Yes there is a grievance procedure

B. Yes I have filed grievances on facts in this complaint.

C. 1. I filed emergency grievances and sent them to the warden (Loftus) through the institutional mail.

2. Loftus denied the emergency nature and sent my grievances to counselor. Laker told me they were sent to health care, when I inquired after 3 months of No response. Two days later Laker sent me a note stating the grievance officer has them. I wrote the grievance officer, but No response came.

3. I cannot appeal when the initial process itself is denied me.

D. I recieved "NO Response" whatsoever.

E. I believe the grievance process is now completed as I was denied the process by no response and 90 days passed.

IV. Statement of claims

A. I have been on the cardiac/medical line since shortly after entering IDOC. I was supposed to be taking

2.

three prescribed medications to lower my cholesterol. In June 2007 I turned in the sticker on the blister pack to have this medication (lovastatin) refilled. Despite 3 trips to sick call, daily inquiries and complaints to the med line nurse, numerous request slips I sent to health care (Mary Miller & DR Ameji), I did NOT recieve a blister pack refill of this medication. My blood was taken on 8/16/07 and I was seen by DR Ameji on 8/20/07 for the lab test results. DR Ameji was shocked by my lab results, and said I am now at a severe risk of a heart attack or stroke. Ameji could not understand how the lab levels could have increased so much to dangerous levels. I told Ameji that I have not been taking the lovastatin he prescribed because I was denied my refilled blister packs. Ameji was furious and said this denial is criminal because he prescribed this medication and I realy needed to be taking it. Several times the dosage on my meds was changed by Mary Miller. DR Ameji discussed this with me and said this is criminal because Mary Miller is not a doctor, she cannot change a prescription like this. Ameji filled out new prescription orders for the lovastatin, niacin, aspirin and an additional new medication lopid. A few days later I recieved my blister packs of 3 meds, but again I did NOT recieve the lovastatin.

Again I went to sick call, sent numerous request slips to health care, Mary Miller, DR Ameji and complained daily to the med line nurses, all to NO avail I NEVER recieved the lovastatin. While at health care I spoke to Mary Miller and she said I don't need the lovastatin, which I in fact needed most of all. My blood was taken on 12/07/07 and I was seen by the DR. on 12/09/07 for the lab results.

3.

MY lab results were worse than before because I did not recieve my prescribed meds for 6 months now! After listening to my heart 8 or 10 times the DR said," you should have already had a heart attack, I am surprised you are even standing here. He also stated He would like to have me followed with a camera or attach one to me, so when I drop he can possibly save my life, as a heart attack is imminent for me! The DR asked me if I exercised, which I did and was able to do daily until this facility started it's new 21 hour a day lockdown schedule. The DR. stated the only thing that saved my life was my exercising. Lastly he said the only way I can prevent a heart attack is lots & lots & lots of daily exercise and to be taking all my meds especially the lovastatin. I cannot exercise enough on this new schedule because we are not allowed out of the cell as before. Additionally I am now at an even greater risk because being locked in the cell all these hours overwhelms me with anxiety and depression puting my heart in further distress. The distress in my situation is more than doubled as I am actually innocent. ON 12/21/07 I was given an EKG, which shows I NOW have a highly irregular and dangerous heart beat. My perfectly normal, strong, Good heart that ALWAYS had a normal beat before is DAMAGED because I did NOT get my prescribed medication for 6 months! Now that my life will be significantly shortened how could one put a price on something as a life which is priceless? I am now getting chest pains on the left side where my heart is, all defendants know this, Ameji said & noted to transfer me, but was ignored!

4.

IV   Statement of claims continued

B. I have a uretha stricture for which I previously recieved surgery, that was unsuccessful. I was in fact about to recieve the proper corrective surgery, a urethal plastique rather than a cystoscopy as I previously had. I was shipped to IDOC before I could be scheduled. I informed IDOC of this problem and had to verify these facts by having my cook county medical records file released to IDOC. I was assured many times I would be taken to a urologist for treatment, but for almost 3 years now this has been denied. I have also been told there is nothing wrong with me and that even if there is I will have to wait until my release and take care of it myself. Since I have not seen a urologist for at least a dialatation this stricture has significantly worsened, and it has become increasingly more difficult to urinate. NOTHING has been done! Because of this stricture and it's scar tissue I cannot push to expel the poisonous toxins from my body that are filtered out by my liver. Because I cannot expel these poisons I have had bladder & blood infections. I am almost certain I have an infection right now. Because nothing has been done it has become so bad now, I am constantly getting boils/cysts which I have to burst open to drain the puss out. This is what my body is doing to expel the poisonous toxins, that I cannot expel properly because of the stricture.

C. While I was in cook county I was sent for a lower GI because I was bleeding. The lower GI test did not

5.

find anything. The DR then ordered that I be given an upper GI. This way he would know exactly why and where I was bleeding from. Then he would be able to ascertain what type of surgery or procedure is necessary to stop the bleeding. I did not get the upper GI because I was shipped to IDOC. I informed IDOC that I am bleeding and was given some type of a card to put the blood on as proof, which I did. IDOC was also put on notice of facts that I am bleeding and need an upper GI by my Cook County medical file in their posession. Despite IDOCs knowledge that I have been bleeding for three years in their custody. That it has become significantly worse. That I now bleed on a daily basis one to three times a day and sometimes bleed quite profusely. IDOC has done NOTHING!!!! I am treated as a number not a human being.

D. Since I entered IDOC I have been trying to obtain dental attention. While I was at Menard I put in for the dentist and was never seen. I also put in a Danville because I knew I had one small cavity. I was finally seen and as it turns out I have two cavaties teeth # 10 & 11. I was put on a waiting list which I was told is a minimum of 2½ years wait. I was also told there has NOT been a dentist to actually fill a tooth in 5 years. It is bad enough they dont clean teeth EVER and have a sign stating this. The only procedure you can get by this Butcher/ Dentist is to pull out your teeth. I dont want to lose my front teeth because of small cavity going untreated –

6.

for years until pain forces me to beg to have them pulled out. That is beyond ridiculous!

E. Since entering IDOC I have informed them many times of the hearing loss in my right ear, and my need of a hearing aid. They also know these facts from my Cook County file in their posession. They also know I was taken to Chicago hearing aid Society on Halsted and was fitted by mold for said hearing aid. I did not recieve the hearing aid because I was shipped to IDOC before it was ready. Not having this hearing aid puts me at an unreasonable risk of harm. This is because Danville is now a "High Security" facility and the offenders here are much more hostile as a result of being locked in their cells all these hours now. I cannot hear good enough to know when to move or to protect myself should an altercation arise between others in close proximity to me. Lastly I cannot hear the c/o's many times when spoken to or given a direct order.

(Note) it must be noted in reference to part III exhaustion of administrative remedies that with the exception of claim A about my heart I filed grievances on all these claims in Feb. or March of 2007. The only one responded to was claim D the dental grievance which was denied. So 3 months ago now is actually the second time my grievances were not answered. (Note) Plaintiff believes he has another claim that is quite possibly relevant to all the claims in this complaint except B. Plaintiff would need to confer with an Attorney about it.

7.

V. Relief: 1) Plaintiff requests an immediate transfer to a Federal facility (Prison) which the IDOC transfer coordinator Sandra Funk is authorized to do pursuant 730 ILCS 5/3-4-4. OR in the alternative to _____, once there: (A) To be seen by a urologist. (B) Get the two small cavities in my front teeth #10 & 11 filled. and (C) Be given an upper GI test.

Transfer to a less secure facility would allow Plaintiff more time to exercise, which is necessary to significantly reduce the severe risk of heart attack or stroke He is in at present. It should be noted Plaintiffs' behavior since in custody has been exemplary, He has never been in trouble or even had a ticket. Plaintiff is low security and in fact eligible for a minimum security facility. Transfer to a federal facility would aleviate A, B & C as that would be taken care of as a matter of course.

2) A thousand dollars put on Plaintiff's trust account to cover his and the filing fee for this complaint.

3) Monetary damages for pain, suffering, body damage - Heart, shortened life span. Plaintiff will be requesting a jury pursuant Fed R. Civ. P 38. Plaintiff would consider waiving a jury and coming to a possible negotiated settlement on the 8th amendment violations ONLY if 1 & 2 are complied with quickly.

I declare under the penalty of perjury that All the facts given in this complaint are true and correct

Signed this 03 day of April, 2008

James Dolis R42411   4-D-29
P.O. Box 4001    Danville, Illinois 61834-4001

8.