E-FILED
Monday, 07 April, 2008  03:08:33 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

James Dolis
<br>Plaintiff

v.

Loftus, Anglin, Miller, Ameji, Metszer, Laker, Taylor, Wexford, Walker of Illinois Dept. of Corrections.
<br>Defendants

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE 08-2085

FILED
APR 07 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, __James Dolis__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant       ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Illinois Dept. of Corrections in Danville, Il.__

   Are you employed at the institution? __No__   Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    ③ CONT.
    ↓ If "Yes," ~~describe the property and state its value.~~
    I recieve 10 to 20 dollars a month usually from My mother. However I do not know how much longer this will happen as she is retiring.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.




I declare under penalty of perjury that the above information is true and correct.

4/03/08                         _James D_____
Date                            Signature of Applicant

---

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __-3.34__ on account to his/her credit at (name of institution) __Danville Corr. Center__. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average balance was $ _____.

3-27-08                         Rita Barnes
Date                            Signature of Authorized Officer

2:08-cv-02085-HAB-DGB   # 2   Page 3 of 5

Date: 3/27/2008
Time: 7:52am
d_list_inmate_trans_statement_composite

**Danville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 10/01/2007 thru End;   Inmate: R42411;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R42411 Dolis, James**              **Housing Unit: DAN-04-D -29**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 22.25 |
| 10/03/07 | Point of Sale | 60 Commissary | 2767102 | 576939 | Commissary | -20.68 | 1.57 |
| 10/09/07 | Mail Room | 01 MO/Checks (Not Held) | 2822116 | 033174 | Dolis, Rita J | 25.00 | 26.57 |
| 10/11/07 | Point of Sale | 60 Commissary | 284765 | 577966 | Commissary | -9.40 | 17.17 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285116 | | P/R month of 09/2007 | 19.20 | 36.37 |
| 10/17/07 | Disbursements | 84 Library | 290302 | Chk #88393 | 84086740, Consolidated Inmate, Inv. Date: 10/05/2007 | -.55 | 35.82 |
| 10/17/07 | Disbursements | 84 Library | 290302 | Chk #88393 | 84086823, Consolidated Inmate, Inv. Date: 10/09/2007 | -7.60 | 28.22 |
| 10/17/07 | Disbursements | 84 Library | 290302 | Chk #88393 | 84086272, Consolidated Inmate, Inv. Date: 09/28/2007 | -.40 | 27.82 |
| 10/17/07 | Disbursements | 84 Library | 290302 | Chk #88393 | 84086944, Consolidated Inmate, Inv. Date: 10/10/2007 | -1.50 | 26.32 |
| 10/17/07 | Disbursements | 84 Library | 290302 | Chk #88393 | 84085825, Consolidated Inmate, Inv. Date: 09/24/2007 | -.60 | 25.72 |
| 10/17/07 | Disbursements | 84 Library | 290302 | Chk #88393 | 84085833, Consolidated Inmate, Inv. Date: 09/24/2007 | -.20 | 25.52 |
| 10/17/07 | Disbursements | 84 Library | 290302 | Chk #88393 | 84085826, Consolidated Inmate, Inv. Date: 09/24/2007 | -.22 | 25.30 |
| 10/17/07 | Disbursements | 84 Library | 290302 | Chk #88393 | 84087283, Consolidated Inmate, Inv. Date: 10/15/2007 | -2.50 | 22.80 |
| 10/17/07 | Disbursements | 84 Library | 290302 | Chk #88393 | 84087282, Consolidated Inmate, Inv. Date: 10/15/2007 | -.22 | 22.58 |
| 10/17/07 | Disbursements | 81 Legal Postage | 290302 | Chk #88394 | 81086753, DOC: 523 Fund Inmate, Inv. Date: 10/05/2007 | -1.31 | 21.27 |
| 10/17/07 | Disbursements | 81 Legal Postage | 290302 | Chk #88394 | 81086754, DOC: 523 Fund Inmate, Inv. Date: 10/05/2007 | -.97 | 20.30 |
| 10/17/07 | Disbursements | 81 Legal Postage | 290302 | Chk #88394 | 81086826, DOC: 523 Fund Inmate, Inv. Date: 10/09/2007 | -2.33 | 17.97 |
| 10/17/07 | Disbursements | 81 Legal Postage | 290302 | Chk #88394 | 81086827, DOC: 523 Fund Inmate, Inv. Date: 10/09/2007 | -1.48 | 16.49 |
| 10/17/07 | Disbursements | 81 Legal Postage | 290302 | Chk #88394 | 81087317, DOC: 523 Fund Inmate, Inv. Date: 10/15/2007 | -.97 | 15.52 |
| 10/17/07 | Disbursements | 81 Legal Postage | 290302 | Chk #88394 | 81087318, DOC: 523 Fund Inmate, Inv. Date: 10/15/2007 | -1.48 | 14.04 |
| 10/22/07 | Point of Sale | 60 Commissary | 295718 | 579048 | Commissary | -13.92 | .12 |
| 11/16/07 | Payroll | 20 Payroll Adjustment | 320116 | | P/R month of 10/2007 | 19.20 | 19.32 |
| 11/27/07 | Point of Sale | 60 Commissary | 3317103 | 583739 | Commissary | -16.72 | 2.60 |
| 11/29/07 | Mail Room | 01 MO/Checks (Not Held) | 3332116 | P1104436 | Dolis, Reta J | 25.00 | 27.60 |
| 12/03/07 | Point of Sale | 60 Commissary | 3377102 | 584251 | Commissary | -20.15 | 7.45 |
| 12/13/07 | Payroll | 20 Payroll Adjustment | 347116 | | P/R month of 11/2007 | 19.20 | 26.65 |
| 12/17/07 | Point of Sale | 60 Commissary | 351765 | 586190 | Commissary | -17.18 | 9.47 |
| 12/17/07 | Disbursements | 84 Library | 351316 | Chk #88988 | 840811083, Consolidated Inmate, Inv. Date: 12/10/2007 | -.20 | 9.27 |
| 12/17/07 | Disbursements | 84 Library | 351316 | Chk #88988 | 840810564, Consolidated Inmate, Inv. Date: 12/03/2007 | -.60 | 8.67 |
| 12/17/07 | Disbursements | 84 Library | 351316 | Chk #88988 | 840810385, Consolidated Inmate, Inv. Date: 11/29/2007 | -2.40 | 6.27 |
| 12/17/07 | Disbursements | 84 Library | 351316 | Chk #88988 | 84089032, Consolidated Inmate, Inv. Date: 11/08/2007 | -.30 | 5.97 |
| 12/17/07 | Disbursements | 84 Library | 351316 | Chk #88988 | 840810364, Consolidated Inmate, Inv. Date: 11/29/2007 | -.22 | 5.75 |
| 12/17/07 | Disbursements | 84 Library | 351316 | Chk #88988 | 84088627, Consolidated Inmate, Inv. Date: 11/02/2007 | -.20 | 5.55 |
| 12/17/07 | Disbursements | 84 Library | 351316 | Chk #88988 | 84089506, Consolidated Inmate, Inv. Date: 11/16/2007 | -.30 | 5.25 |

2:08-cv-02085-HAB-DGB   # 2   Page 4 of 5

Date: 3/27/2008
Time: 7:52am
d_list_inmate_trans_statement_composite

# Danville Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 10/01/2007 thru End;   Inmate: R42411;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R42411 Dolis, James**               **Housing Unit: DAN-04-D -29**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/17/07 | Disbursements | 84 Library | 351316 | Chk #88988 | 840811503, Consolidated Inmate, Inv. Date: 12/14/2007 | -.40 | 4.85 |
| 12/17/07 | Disbursements | 81 Legal Postage | 351316 | Chk #88989 | 810810697, DOC: 523 Fund Inmat, Inv. Date: 12/04/2007 | -1.65 | 3.20 |
| 12/17/07 | Disbursements | 81 Legal Postage | 351316 | Chk #88989 | 81088190, DOC: 523 Fund Inmat, Inv. Date: 10/26/2007 | -1.65 | 1.55 |
| 12/17/07 | Disbursements | 81 Legal Postage | 351316 | Chk #88989 | 810810696, DOC: 523 Fund Inmat, Inv. Date: 12/04/2007 | -1.31 | .24 |
| 12/17/07 | Disbursements | 81 Legal Postage | 351316 | Chk #88989 | 810811093, DOC: 523 Fund Inmat, Inv. Date: 12/10/2007 | -.17 | .07 |
| 12/17/07 | Mail Room | 01 MO/Checks (Not Held) | 351287 | 046309 | Dolis, Rita | 30.00 | 30.07 |
| 12/27/07 | Mail Room | 01 MO/Checks (Not Held) | 361287 | P1107135 | Dolis, Rita | 30.00 | 60.07 |
| 01/03/08 | Point of Sale | 60 Commissary | 003718 | 588252 | Commissary | -18.18 | 41.89 |
| 01/08/08 | Point of Sale | 60 Commissary | 0087102 | 589129 | Commissary | -16.14 | 25.75 |
| 01/15/08 | Point of Sale | 60 Commissary | 0157103 | 590254 | Commissary | -15.74 | 10.01 |
| 01/17/08 | Disbursements | 84 Library | 017302 | Chk #89277 | 840812445, Consolidated Inmate, Inv. Date: 12/24/2007 | -1.00 | 9.01 |
| 01/17/08 | Disbursements | 84 Library | 017302 | Chk #89277 | 840813389, Consolidated Inmate, Inv. Date: 01/09/2008 | -.30 | 8.71 |
| 01/17/08 | Disbursements | 84 Library | 017302 | Chk #89277 | 840812176, Consolidated Inmate, Inv. Date: 12/20/2007 | -.22 | 8.49 |
| 01/17/08 | Disbursements | 84 Library | 017302 | Chk #89277 | 840812288, Consolidated Inmate, Inv. Date: 12/21/2007 | -.40 | 8.09 |
| 01/17/08 | Disbursements | 84 Library | 017302 | Chk #89277 | 840813404, Consolidated Inmate, Inv. Date: 01/09/2008 | -1.40 | 6.69 |
| 01/17/08 | Disbursements | 84 Library | 017302 | Chk #89277 | 840812168, Consolidated Inmate, Inv. Date: 12/20/2007 | -1.90 | 4.79 |
| 01/17/08 | Disbursements | 84 Library | 017302 | Chk #89277 | 840813632, Consolidated Inmate, Inv. Date: 01/11/2008 | -.11 | 4.68 |
| 01/17/08 | Disbursements | 84 Library | 017302 | Chk #89277 | 840813564, Consolidated Inmate, Inv. Date: 01/10/2008 | -1.00 | 3.68 |
| 01/17/08 | Disbursements | 84 Library | 017302 | Chk #89277 | 840813633, Consolidated Inmate, Inv. Date: 01/11/2008 | -1.20 | 2.48 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017302 | Chk #89278 | 810812112, DOC: 523 Fund Inmat, Inv. Date: 12/20/2007 | -1.14 | 1.34 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017302 | Chk #89278 | 810813668, DOC: 523 Fund Inmat, Inv. Date: 01/11/2008 | -1.14 | .20 |
| 01/18/08 | Payroll | 20 Payroll Adjustment | 018116 | | P/R month of 12/2007 | 17.51 | 17.71 |
| 01/30/08 | Point of Sale | 60 Commissary | 0307102 | 592296 | Commissary | -17.10 | .61 |
| 02/01/08 | Disbursements | 84 Library | 032316 | Chk #89476 | 840815002, Consolidated Inmate, Inv. Date: 01/30/2008 | -.50 | .11 |
| 02/01/08 | AP Correction | 84 Library | 032516 | Chk #89476 Voided | 840815002 - Consolidated Inmat | .50 | .61 |
| 02/11/08 | Mail Room | 01 MO/Checks (Not Held) | 042287 | 053954 | Dolis, Rita | 20.00 | 20.61 |
| 02/15/08 | Disbursements | 84 Library | 046302 | Chk #89563 | 840816000, Consolidated Inmate, Inv. Date: 02/13/2008 | -.30 | 20.31 |
| 02/15/08 | Disbursements | 84 Library | 046302 | Chk #89563 | 840815002, Consolidated Inmate, Inv. Date: 01/30/2008 | -.50 | 19.81 |
| 02/15/08 | Disbursements | 84 Library | 046302 | Chk #89563 | 840816017, Consolidated Inmate, Inv. Date: 02/13/2008 | -.30 | 19.51 |
| 02/15/08 | Disbursements | 84 Library | 046302 | Chk #89563 | 840815365, Consolidated Inmate, Inv. Date: 02/04/2008 | -.30 | 19.21 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 0461110 | | P/R month of 01/2008 | 18.43 | 37.64 |
| 03/07/08 | Point of Sale | 60 Commissary | 067765 | 597154 | Commissary | -14.74 | 22.90 |
| 03/11/08 | Point of Sale | 60 Commissary | 0717103 | 597536 | Commissary | -21.64 | 1.26 |
| 03/13/08 | Payroll | 20 Payroll Adjustment | 0731110 | | P/R month of 02/2008 | 6.80 | 8.06 |

Date: 3/27/2008
Time: 7:52am
d_list_inmate_trans_statement_composite

# Danville Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 10/01/2007 thru End;   Inmate: R42411;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R42411 Dolis, James**          **Housing Unit: DAN-04-D -29**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 03/14/08 | Mail Room | 01 MO/Checks (Not Held) | 074287 | 061020 | Dolis, Rita | 25.00 | 33.06 |
| 03/17/08 | Disbursements | 84 Library | 077302 | Chk #89932 | 840815025, Consolidated Inmate, Inv. Date: 02/19/2008 | -.80 | 32.26 |
| 03/17/08 | Disbursements | 84 Library | 077302 | Chk #89932 | 840818355, Consolidated Inmate, Inv. Date: 03/10/2008 | -.40 | 31.86 |
| 03/17/08 | Disbursements | 84 Library | 077302 | Chk #89932 | 840818810, Consolidated Inmate, Inv. Date: 03/14/2008 | -.40 | 31.46 |
| 03/17/08 | Disbursements | 84 Library | 077302 | Chk #89932 | 840818676, Consolidated Inmate, Inv. Date: 03/12/2008 | -.33 | 31.13 |
| 03/17/08 | Disbursements | 84 Library | 077302 | Chk #89932 | 840818677, Consolidated Inmate, Inv. Date: 03/12/2008 | -.60 | 30.53 |
| 03/20/08 | Point of Sale | 60 Commissary | 0807102 | 598742 | Commissary | -29.24 | 1.29 |

|  |  |
|---|---|
| Total Inmate Funds: | 1.29 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.63 |
| Funds Available: | -3.34 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 03/18/2008 | 810818953 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 03/21/2008 | 840819410 | Disb | Library | 6262 Consolidated Inmate Benefit Fund | $0.90 |
| 03/24/2008 | 840819436 | Disb | Library | 6262 Consolidated Inmate Benefit Fund | $0.40 |
| 03/24/2008 | 840819448 | Disb | Library | 6262 Consolidated Inmate Benefit Fund | $1.20 |
| 03/25/2008 | 810819604 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.16 |
|  |  |  |  | **Total Restrictions:** | **$4.63** |