E-FILED
Monday, 07 April, 2008 03:10:00 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
Central DISTRICT OF ILLINOIS

Plaintiff(s) James Dolis

Loftus, Anglin, Miller, -v- Ameji, Metszer, Laker, Taylor, Wexford, Walker
Defendant(s) & Illinois Dept. of Corrections

Case No.: 08-2085

Judge:
Magistrate Judge:

**FILED**
APR 07 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, James Dolis, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I wrote a dozen attorneys only two responded Peoples Law and Loevy & Loevy neither could take my case. Gale Horn of Loevy & Loevy said I have significant legal claims and I should seek counsel through the Chgo bar to vindicate my rights, the Chgo bar However never responded. I have both letters. I need an Atty

3. In further support of my motion, I declare that (check appropriate box): as I have been denied my med Records

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

*James Dolis*
Movant's Signature

3820 E Main Street
Street Address

Date: 4/3/08

Danville, IL 61834
City/State/Zip