# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
### VIDEO WRIT

| CASE NAME:<br><br>JAMES DOLIS v WARDEN LOFTUS, ET AL | CASE NO.<br>08-2085 | Beginning Date of Trial:<br><br>4/23/08 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF DANVILLE**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| James Dolis | R 42411 | DANVILLE | 4/23/08 | 9:30 - 10:30 |
| Judge Baker | N/A | URBANA COURTROOM 1 | 4/23/08 | 9:30 - 10:30 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated:** April 8, 2008

PAMELA E. ROBINSON, CLERK
UNITED STATES DISTRICT COURT

BY: _____s/K. Wynn_____
            DEPUTY CLERK

cc: James Dolis