IN THE United States District Court for the
Central District, of Illinois

James Dolis
-VS-
Loftus et al

FILED
APR 21 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No. 2:08-cv-02085
Honorable Harold A. Baker
Judge-Presiding

## Motion to Amend & Supplement – Complaint

Plaintiff submits this motion is necessary as several facts have come to his attention subsequent to filing his complaint, and of which might assist this court in making it's decision in regards to the appointment of counsel, additional claim.

1. This court's order of 4/8/08 stated: Plaintiff must be prepared to identify each of his claims and defendants during the hearing set for 4/23/2008 at 9:30 AM. So as stated in Plaintiff's initial filing's Claim IV F. Plaintiff adds Claim IV F. IDOC has repeatedly poisoned Plaintiff by serving Soy for him to eat, without warning of it's dangerous consequences. The FDA lists Soy in it's "Poisonous Database" a search of the word soy in the database reveals 286 references on studies warning about goiter & amino acid deficiencies, endocrine disruption, numerous cancers, growth problems, thyroid & liver damage, dangerously increases cholesterol levels, kidney damage and stones, bleeding from the stomach & small intestines, sterilization by deadening testes, Oxalates in Soy prevent mineral absorption calcium - Zinc - iron to name just a few, Soy causes arthritis and osteoporosis, lectins

in soy cause red blood cells to clump together, heart arrhythmias & disease. Plaintiff submits at least three of his health problems listed in this complaint are in fact from soy. Eating soy inevitably leads to malnutrition and diseases. It is a fact that IDOC was sued by the women's facility and settled out of court. Lastly several IDOC officers have filed suit against IDOC for health problems resulting from soy served here.

2. In addition to the relief requested previously in V Plaintiff requests ten thousand dollars for each claim-8th amendment violation except the heart damage (for jury), and an immediate injunction prohibiting the serving of soy to plaintiff. If no federal prison, transfer to East Moline single man cell.

3. Strike defendant Taylor to be replaced with grievance officer Kerrick Kiley. Each defendant liable in individual & official capacity.

4. Appointment of counsel is necessary as Plaintiff is certain IDOC will blatantly lie to this court denying the claims. This is now clearly evident because Plaintiff recieved a response to his grievances on 4/11/08 70 days past the 60 day time limit. The response is full of absolutely blatant lies on it's face, and it sets forth contentions that were never made. Lastly it denies Plaintiff any of his medical records necessary to prove his claims. So counsel would be necessary to subpoena records and possibly to depose the DR's who entered the orders IDOC denies.

Respectfully submitted James Delis
4/17/08

# PROOF OF SERVICE
## Certificate of Filing

Please take notice that on 4/17/08, I have placed 10 motions to Amend & supplement my 42.USC 1983 complaint and an affidavit to inform this court that I was threatened in regards to this complaint, in the institutional mail at Danville CC properly addressed to the clerk of the United States District court for the central District of Illinois at 201 S Vine St. Room 218 Urbana, Illinois 61802-3348

*James Dolis*

James Dolis R42411
4-D-29
P.O. Box 4001
Danville, Il 61834-4001

State of Illinois ) SS:
County of Vermillion )            Case No. 2:08-cv-02085

IN The United States District Court for the Central District, of Illinois

## Affidavit of Plaintiff James Dolis

I James Dolis, being first duly sworn under oath, deposes and says that he makes the following statements on the basis of his own personal knowledge and would testify to the same before a court having jurisdiction: on Wed. morning 4/16/08 at approximately 9:30 AM I was called on the Yard P.A. system to go in to 4 house. The yard officer C/O Brown informed me that I was wanted at clinical services, but I must report in at 4 house first and then go. I reported to the C/O at 4 house and was told to go to clinical services. At clinical services the C/O took me to see Kerrick Kiley a counselor/grievance officer. When the C/O left I was threatened and intimidated by Kiley in regards to this 42 USC 1983 complaint in that; If I actually litigate against anyone at this facility (Danville) I could have "ALL Kinds" of problems as well as lose 18 months good time and go to segregation for a year.

I James Dolis, under penalties as provided by law pursuant sec. 1-109 of the code of civil procedure, I certify that the statements set forth in this affidavit are true and correct in substance and in fact   James Dolis
                                                                                   4/17/08