E-FILED
Monday, 21 April 2008 04:41:48 PM
Clerk, U.S. District Court, ILCD

Dear Clerk I never recieved a file or recieved stamped copy of my complaint 2:08-cv-2085, and I do not have another. I sent sufficient copies so could you please return one to me? Also with this motion to supplement & amend my complaint is an affidavit. I dont know if this is proper but I believe you should at least make the affidavit part of the record because I was threatened about this complaint. I will also tell Judge Baker about this threat during the 4/23/08 video conference.

Thank You Very Much

James Dolis 4/19/08

08-2085

**FILED**

APR 21 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS