Dear Clerk  My name is James Dolis and my case number is 2:08-CV-02085. I am writing to see if you have recieved my amended complaints? I am having problems with this facility handeling my mail. Also on 4/23/08 Judge Baker entered 3 orders on my case one in the morning & two in the afternoon at 3:54 & 3:58 Pm. Could you please send me copies of these three orders as the original ones you sent to me were taken on a shakedown of my cell. I would like to have these orders please, and please let me know if you recieved my amended complaints?
    Thank you very much

**FILED**
JUN 09 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

James Dolis R42411
2-B-13
P.O. Box 4001
Danville, Il 61834-4001