8/07/08

E-FILED
Monday, 11 August 2008 12:01:01 PM
Clerk, U.S. District Court, ILCD

Dear Clerk my name is James Dolis R42411. I have a 1983 complaint pending before the Honorable Judge Harold A Baker # 2:08CV2085 Dolis v Loftus et.al. I am writing to inform you that I have been transfered from Danville cc to I.D.o.c.s Robinson Facility. So I am now at James Dolis R42411, 5-A-11, P.O. Box 900, Robinson, Illinois 62454. Lastly I have a Cook county court date on Sept. 18, 08 so I could possibly be on a writ from one week before to one week after this 9/18/08 date.

Thank You
sincerely James Dolis

James Dolis R42411
5-A-11
P.O. Box 900
Robinson, Il 62454

FILED
AUG 11 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS