# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**JAMES DOLIS,**
**Plaintiff,**

   vs.      Case Number: **08-2085**

**JOSEPH LOFTUS, WARDEN ANGLIN,**
**MEDICAL DIRECTOR MILLER, DR. AMEJI,**
**DIRECTOR WALKER, COUNSELOR METSZER,**
**COUNSELOR LAKER, GRIEVANCE OFFICER**
**TAYLOR, WEXFORD HEALTH, AND**
**KERRICK KILEY,**
**Defendants.**

### JUDGMENT IN A CIVIL CASE

 **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff. Case is terminated in its entirety. Parties to bear their own costs.

**Dated:** March 17, 2011

               s/ Pamela E. Robinson
               Pamela E. Robinson
               Clerk, U.S. District Court